# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**PAULA J. WHITE,**

                **Plaintiff,**

**-vs-**　　　　　　　　　　　　　　　　　　　　　　　　**Case No. 6:01-cv-557-Orl-18KRS**

**COMMISSIONER OF SOCIAL SECURITY,**

                **Defendant.**

_____

## REPORT AND RECOMMENDATION

**TO THE UNITED STATES DISTRICT COURT**

      This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:** UNOPPOSED MOTION TO AFFIRM THE COMMISSIONER'S DECISION SUBSEQUENT TO REMAND AND FOR ENTRY OF JUDGMENT (Doc. No. 13)
>
> **FILED:** September 8, 2005
>
> _____
>
> **THEREON** it is **RECOMMENDED** that the motion be **GRANTED**.

      On January 29, 2002, the Honorable G. Kendall Sharp remanded this matter to the Social Security Administration (SSA) for further proceedings pursuant to sentence six of 42 U.S.C. §§ 405(g) and 1383(c)(3). On July 21, 2003, an Administrative Law Judge (ALJ) issued a decision favorable to Plaintiff Paula J. White. Doc. No. 13, attach. 1. The defendant, Commissioner of Social Security, represents that this decision stands as the final determination of the SSA in this matter. Doc. No. 13.

Hence, the Commissioner requests that the Court affirm her final determination in this matter and enter judgment for White. *Id*. at 3.

I respectfully recommend that the Court reopen the case, **AFFIRM** the decision of the Commissioner , direct the Clerk of Court to enter judgment in this matter and, thereafter, to close the file.

Failure to file written objections to the proposed findings and recommendations contained in this report within ten (10) days from the date of its filing shall bar an aggrieved party from attacking the factual findings on appeal.

Recommended in Orlando, Florida on September 12, 2005.

*Karla R. Spaulding*
KARLA R. SPAULDING
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Presiding District Judge
Counsel of Record
Unrepresented Party
Courtroom Deputy