UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | |
|---|---|
| PAULA J. WHITE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 6:01-CV-557-ORL-18KRS |
| | ) |
| JO ANNE B. BARNHART, | ) |
| Commissioner of | ) |
| Social Security, | ) |
| | ) |
| Defendant. | ) |

ORDER

This cause comes before the Court upon Defendant's Motion to Affirm the Commissioner's Decision Subsequent to Remand and for Entry of Judgment. The Commissioner moves pursuant to 42 U.S.C.§ 405(g) and Melkonyan v. Sullivan, 111 S.Ct. 2157 (1991), requiring a dispositive order to terminate the Court's jurisdiction over the proceedings. The Court's order remanding this case to the Commissioner was made pursuant to sentence six of 42 U.S.C. § 405(g). Under Melkonyan v. Sullivan, 111 S.Ct at 2163, post remand review by this Court is mandated in cases which were previously remanded under the sixth sentence of 42 U.S.C. § 405(g).

The Commissioner represents that, after consultation with Plaintiff's counsel, Plaintiff does not oppose the relief requested in the Commissioner's motion.

WHEREFORE, the Commissioner's decision subsequent to remand is affirmed and the Clerk is directed to enter Judgment for the plaintiff.

DONE and ORDERED at Orlando, Florida, this 20 day of September, 2005.

```
_____
G. KENDALL SHARP
SENIOR UNITED STATES DISTRICT COURT JUDGE
```

Copies to:

Ryan Allen, Esquire
Susan Roark Waldron, AUSA-Tampa